AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MONSTER ENTERTAINMENT, LLC, and TRY PLAN B, LLC <br><br> *Plaintiff(s)* <br> v. <br> MARS ENTERTAINMENT, INC., EPIC AMUSEMENTS INC., JOSE FELIX MARTE, and WENDY MARTE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:26-cv-61518-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    JOSE FELIX MARTE
13324 SW 106th Avenue
Miami, FL 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMIE B. WASSERMAN, ESQ.
SHUTTS & BOWEN LLP
201 E LAS OLAS BLVD. #2200
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 21, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ *Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MONSTER ENTERTAINMENT, LLC, and<br>TRY PLAN B, LLC<br><br>*Plaintiff(s)*<br>v.<br>MARS ENTERTAINMENT, INC., EPIC<br>AMUSEMENTS INC., JOSE FELIX MARTE, and<br>WENDY MARTE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   0:26-cv-61518-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

MARS ENTERTAINMENT, INC.
Joel Friend as Registered Agent
14435 MIRMAR PARKWAY
MIRAMAR, FL 33027

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JAMIE B. WASSERMAN, ESQ.
SHUTTS & BOWEN LLP
201 E LAS OLAS BLVD. #2200
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 21, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MONSTER ENTERTAINMENT, LLC, and TRY PLAN B, LLC<br><br>*Plaintiff(s)*<br><br>v.<br><br>MARS ENTERTAINMENT, INC., EPIC AMUSEMENTS INC., JOSE FELIX MARTE, and WENDY MARTE<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.   0:26-cv-61518-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   EPIC AMUSEMENTS INC.
c/o JOEL FRIEND AND ASSOCIATES, INC. as Registered Agent
2863 EXECUTIVE PARK DRIVE
SUITE 105
WESTON, FL 33331

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMIE B. WASSERMAN, ESQ.
SHUTTS & BOWEN LLP
201 E LAS OLAS BLVD. #2200
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: May 21, 2026

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MONSTER ENTERTAINMENT, LLC, and TRY PLAN B, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> MARS ENTERTAINMENT, INC., EPIC AMUSEMENTS INC., JOSE FELIX MARTE, and WENDY MARTE <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  0:26-cv-61518-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   WENDY MARTE
13324 SW 106th Avenue
Miami, FL 33176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   JAMIE B. WASSERMAN, ESQ.
SHUTTS & BOWEN LLP
201 E LAS OLAS BLVD. #2200
FORT LAUDERDALE, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  May 21, 2026

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Clifford Charles*

Deputy Clerk
U.S. District Courts